Opinion issued May 29, 2003










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00534-CV

____________


IN RE IVAN CRAIG BOYKIN, Relator






Original Proceeding on Application for Writ of Habeas Corpus







MEMORANDUM OPINION

 Relator, Ivan Craig Boykin, petitions this Court for a post-conviction writ of
habeas corpus under Tex. Code Crim. Proc. Ann. art. 11.07 (Vernon Supp. 2003). 
This Court has no jurisdiction to hear a post-conviction application for writ of habeas
corpus in felony cases. See Board of Pardons & Paroles ex rel. Keene v. Court of
Appeals for the Eighth District, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995).

 Accordingly, we dismiss relator's application for writ of habeas corpus for
want of jurisdiction. All requested relief is denied.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Keyes.